# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------  x
                                                         :
In re:                                                   :     Chapter 11
                                                         :
OUTER HARBOR TERMINAL, LLC,¹                             :     Case No. 16-10283 (LSS)
                                                         :
                                                         :
                        Debtor.                          :
-------------------------------------------------------  x
```

## NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED PLEADINGS AND (II) HEARING ON FIRST DAY MOTIONS SCHEDULED FOR FEBRUARY 3, 2016 AT 11:00 A.M. (EST)

**TO:    ALL PARTIES IN INTEREST**

PLEASE TAKE NOTICE that on February 1, 2016, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

PLEASE TAKE FURTHER NOTICE that in addition to the filing of the voluntary petition, the Debtor has filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

A.    Declaration of Heather Stack, Chief Financial Officer, in Support of Chapter 11 Petition and First Day Pleadings of Outer Harbor Terminal, LLC, Debtor and Debtor in Possession [Docket No. 13 - filed February 2, 2016]

B.    First-Day Motions:

1.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue Making Electronic Payments and Transfers, (D) Maintain Existing Business Forms, (E) Continue to Use Company Charge Cards and Pay Claims Related Thereto, and (F) Continue Performing Under Existing Shared Services Arrangement with the Debtor's Affiliates and Continue Other Intercompany Transactions, (II) Granting Administrative Expense Priority to Postpetition Intercompany

---

¹    The last four digits of the Debtor's federal tax identification number are 2070.  The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

Obligations to Debtor's Affiliates, (III) Waiving the Requirements of Section 345(b); and (IV) Scheduling a Final Hearing [Docket No 5 - filed February 1, 2016]

2.      Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Prepetition Wages, Salaries, and other Compensation, and Employee Benefits, and (B) Continue Existing Employee Benefit Plans and Programs, (II) Authorizing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 6 - filed February 1, 2016]

3.      Debtor's Motion for Entry of Order (I) Authorizing Debtor to (A) Continue Debtor's Insurance Policies and (B) Pay Certain Obligations in Respect Thereof Postpetition; and (II) Authorizing and Requiring Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests Relating to the Foregoing [Docket No. 7 - filed February 1, 2016]

4.      Debtor's Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Scheduling a Final Hearing [Docket No. 8 - filed February 1, 2016]

5.      Debtor's Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to (A) Obtain Post-Petition Financing on a Super-Priority and Senior Secured Basis, (B) Permitting Use of Cash Collateral, (C) Providing Adequate Protection, and (D) Granting Related Relief; (II) Modifying the Automatic Stay; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 12 - filed February 1, 2016]

PLEASE TAKE FURTHER NOTICE that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for February 3, 2016 at 11:00 a.m. (Eastern Standard Time) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2 Wilmington, Delaware 19801 before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any person who wishes to appear telephonically at the First Day Hearing, may contact COURTCALL, LLC at 866-582-6878 prior to the First Day Hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

PLEASE TAKE FURTHER NOTICE that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: February 2, 2016
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Marisa A. Terranova Fissel
Mark D. Collins (No. 2981)
Marisa A. Terranova Fissel (No. 5396)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              terranova@rlf.com

-and-

**MILBANK, TWEED, HADLEY & M$^c$CLOY LLP**
Gregory A. Bray (*pro hac vice* admission pending)
Thomas R. Kreller (*pro hac vice* admission pending)
Haig M. Maghakian (*pro hac vice* admission pending)
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063
Email:        gbray@milbank.com
              tkreller@milbank.com
              hmaghakian@milbank.com

-and-

Dennis F. Dunne
Samuel A. Khalil
28 Liberty Street
New York, NY 10005
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              skhalil@milbank.com

*Proposed Counsel to Debtor and Debtor in Possession*

3