**ORIGINAL**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x
:
In re:                                                  :       Chapter 11
                                                        :
OUTER HARBOR TERMINAL, LLC,[1]                          :       Case No. 16-10283 (LSS)
                                                        :
                                                        :
                            Debtor.                     :       Re: Docket Nos. 106 & ___
------------------------------------------------------ x

### ORDER (A) APPROVING THE DEBTOR'S
### EMPLOYEE INCENTIVE PROGRAM
### AND (B) GRANTING CERTAIN RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of Outer Harbor Terminal, LLC, the debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case, seeking entry of an order (this "Order"): (i) approving the employee incentive program (the "EIP") and (ii) granting certain related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion

---

[1]    The last four digits of the Debtor's federal tax identification number are 2070. The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Debtor is authorized to offer and pay the EIP subject to the terms and conditions set forth in the Motion.

3.      Once earned, the Debtor's obligations to pay the EIP shall constitute administrative expenses pursuant to section 503(b) of the Bankruptcy Code, entitled to priority payment pursuant to section 507(a)(2) of the Bankruptcy Code.

4.      Adequate notice of and opportunity for a Hearing on the Motion has been provided. Such notice satisfies the requirements of Bankruptcy Rule 6004(a).

5.      Notwithstanding any applicability Bankruptcy Rules 6004(h), 7062, or 9014, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:  March 16, 2016
       Wilmington, Delaware

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE