IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re: : Chapter 11
:
OUTER HARBOR TERMINAL, LLC,[1] : Case No. 16-10283 (LSS)
:
Debtor. :
---------------------------------------------------------- x

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 20, 2016 AT 1:30 P.M. (ET)[3]

> **AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT**

I.   **CONTINUED/WITHDRAWN/RESOLVED MATTERS:**

1.   Debtor's Objection to Proofs of Claim Filed by Terex Financial Services, Inc. (Claim Nos. 57 and 62) [Docket No. 427 - filed November 4, 2016]

     Objection/Response Deadline:   November 18, 2016 at 4:00 p.m. (ET), extended to January 9, 2017 at 4:00 p.m. (ET) for Terex Financial Services, Inc.

     Objections/Responses Received:   None to date.

     Related Documents:   None.

     Status: The hearing on this matter has been continued to the hearing scheduled on January 12, 2017 at 9:30 a.m. (ET).

2.   Debtor's Objection to Proof of Claim Filed by Kawasaki Kisen Kaisha, Ltd. (Claim No. 22) [Docket No. 429 - filed November 4, 2016]

---

[1] The last four digits of the Debtor's federal tax identification number are 2070. The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

[2] **Amended agenda items appear in bold.**

[3] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the December 14, 2016 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Tuesday, December 13, 2016 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. All pleadings referenced herein are available online at primeclerk.com.

RLF1 16268010v.1

Objection/Response Deadline:    November 18, 2016 at 4:00 p.m. (ET) extended to December 2, 2016 at 4:00 p.m. (ET) for Kawasaki Kisen Kaisha, Ltd.

Objections/Responses Received:

A. Kawasaki Kisen Kaisha, Ltd.'s Response to Debtor's Objection to Proof of Claim [Docket No. 471 - filed December 2, 2016]

Related Documents:

i. Declaration of John P. Meade, General Counsel, "K" Line America, Inc. in Support of Kawasaki Kisen Kaisha, Ltd.'s Reply to Debtor's Objection to Proof of Claim [Docket No. 472 - filed December 2, 2016]

Status: The hearing on this matter has been continued to the hearing scheduled on January 12, 2017 at 9:30 a.m. (ET).

3. Debtor's Objection to Proof of Claim Filed by Pacific Crane Maintenance Company, L.P. (Claim No. 29) [Docket No. 433 -filed November 9, 2016]

Objection/Response Deadline:    November 23, 2016 at 4:00 p.m. (ET), extended to December 2, 2016 at 4:00 p.m. (ET) for Pacific Crane Maintenance Company, L.P.

Objections/Responses Received:    None.

Related Documents:

i. Motion of the Debtor Under Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1 for Entry of an Order Authorizing the Debtor to File Under Seal Certain Exhibits to Claim Objection [Docket No. 434 - filed November 9, 2016]

ii. [SEALED] Debtor's Objection to Proof of Claim Filed by Pacific Crane Maintenance Company, L.P. (Claim No. 29) [Docket No. 435 - filed November 9, 2016]

iii. Notice of Filing of Notice of Withdrawal of Proof of Claim [Docket No. 462 - filed November 29, 2016]

iv. Notice of Withdrawal of Debtor's Objection to Proof of Claim Number 29 and Related Documents [Docket No. 476 - filed December 6, 2016]

      Status: On November 29, 2016, counsel for Pacific Crane Maintenance Company, L.P. withdrew their proof of claim, and on December 6, 2016, the Debtor withdrew its objection. Accordingly, a hearing on this matter is no longer required.

4. Motion of the Debtor Under Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1 for Entry of an Order Authorizing the Debtor to File Under Seal Certain Exhibits to Claim Objection [Docket No. 434 - filed November 9, 2016]

    Objection/Response Deadline:    November 23, 2016 at 4:00 p.m. (ET).

    Objections/Responses Received:    None.

    Related Documents:

    i. Notice of Withdrawal of Debtor's Objection to Proof of Claim Number 29 and Related Documents [Docket No. 476 - filed December 6, 2016]

    Status: On December 6, 2016, the Debtor withdrew this motion. Accordingly, a hearing on this matter is no longer required.

5. Debtor's Objection to Proof of Claim Filed by Pacific Maritime Association (Claim No. 53) [Docket No. 436 - filed November 9, 2016]

    Objection/Response Deadline:    November 28, 2016 at 4:00 p.m. (ET).

    Objections/Responses Received:    None.

    Related Documents:

    i. Certification of No Objection Regarding Debtor's Objection to Proof of Claim Filed by Pacific Maritime Association (Claim No. 53) [Docket No. 459 - filed November 29, 2016]

    ii. Order Granting Debtor's Objection to Proof of Claim Filed by Pacific Maritime Association (Claim No. 53) [Docket No 465 - filed December 1, 2016]

    Status: On December 1, 2016, the Court entered an Order approving this matter. Accordingly, a hearing on this matter is no longer required.

6. Debtor's Objection to Proof of Claim Filed by International Longshore and Warehouse Union (Claim No. 38) [Docket No. 437 - filed November 9, 2016]

    Objection/Response Deadline:    November 23, 2016 at 4:00 p.m. (ET).

    Objections/Responses Received:    None.

Related Documents:

i. Notice of and Withdrawal of Proof of Claim of International Longshore and Warehouse Union (Claim No. 38) [Docket No. 455 - filed November 22, 2016]

ii. Notice of Withdrawal of Debtor's Objection to Proof of Claim Number 38 [Docket No. 460 - filed November 29, 2016]

Status: On November 22, 2016, counsel for International Longshore and Warehouse Union withdrew their claim, and on November 29, 2016, the Debtor withdrew its objection. Accordingly, a hearing on this matter is no longer required.

## II. CONTESTED MATTER GOING FORWARD:

7. Debtor's Objection to Proofs of Claim Filed by the Alameda County Tax Collector (Claim Nos. 72, 73, 74, 75 and 76) [Docket No. 439 - filed November 14, 2016]

   Objection/Response Deadline:    November 28, 2016 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Creditor Alameda County Tax Collector's Response to Debtor's Objection to Proofs of Claim [Docket No. 458 - filed November 28, 2016]

   Related Documents:

   i. Reply in Further Support of Debtor's Objection to Proof of Claim Nos. 72, 73, 74, 75 and 76 [Docket No. 482 - filed December 16, 2016]

   Status: **The hearing on this matter has been continued to the hearing scheduled on January 12, 2017 at 9:30 a.m. (ET).**

Dated: December 19, 2016
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Marisa A. Terranova Fissel
Mark D. Collins (No. 2981)
Marisa A. Terranova Fissel (No. 5396)
Andrew M. Dean (No. 6147)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
terranova@rlf.com
dean@rlf.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063
Email: gbray@milbank.com
tkreller@milbank.com
hmaghakian@milbank.com

-and-

Dennis F. Dunne
Samuel A. Khalil
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
skhalil@milbank.com

*Counsel to Debtor and Debtor in Possession*