IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| OUTER HARBOR TERMINAL, LLC,[1] | ) ) ) | Case No. 16-10283 (LSS) |
| Debtor. | ) ) ) | **Re: Docket No. 492** |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING
THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTOR
MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

The undersigned hereby certifies that he has received no answer, objection or other responsive pleading with respect to the *Debtor's Motion for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 492] (the "Motion"), filed by the above-captioned debtor and debtor in possession (the "Debtor") with the United States Bankruptcy Court for the District of Delaware (the "Court") on December 22, 2016.

The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Court's docket in this case. Pursuant to the *Notice of Motion and Hearing* filed simultaneously with the Motion, any objections or responses to the Motion were to be filed and served no later than **January 5, 2017 at 4:00 p.m. (Eastern Time).**

[*remainder of page intentionally blank*]

---

[1] The last four digits of the Debtor's federal tax identification number are 2070. The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

RLF1 16503753v.1

WHEREFORE, the Debtor respectfully requests that the proposed form of order granting the relief sought in the Motion and attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: January 6, 2017
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Andrew M. Dean*
Mark D. Collins (No. 2981)
Marisa A. Terranova Fissel (No. 5396)
Andrew M. Dean (No. 6147)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
Email:         collins@rlf.com
                   terranova@rlf.com
                   dean@rlf.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:  (424) 386-4000
Facsimile:   (213) 629-5063
Email:         gbray@milbank.com
                   tkreller@milbank.com
                   hmaghakian@milbank.com

-and-

Dennis F. Dunne
Samuel A. Khalil
28 Liberty Street
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:   (212) 530-5219
Email:         ddunne@milbank.com
                   skhalil@milbank.com

*Counsel to Debtor and Debtor in Possession*