IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                        :
In re:                                 :     Chapter 11

OUTER HARBOR TERMINAL, LLC,[1]   :     Case No. 16-10283 (LSS)
                                        :
                      Debtor.    :     Re: Docket No. 492
------------------------------------------------------- x

**ORDER GRANTING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER
FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH
ONLY THE DEBTOR MAY FILE A CHAPTER 11 PLAN
AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order extending the exclusive periods during which only the Debtor may file a chapter 11 plan and solicit acceptances thereof; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need be given; and it further appearing that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and after due deliberation thereon,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.       The Motion is granted as set forth herein.

---

[1] The last four digits of the Debtor's federal tax identification number are 2070. The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to such terms in the Motion.

2. The exclusive period for the Debtor to file a chapter 11 plan (the "Exclusive Filing Period") is hereby extended by ninety (90) days through and including March 27, 2017. The period during which the Debtor has the exclusive right to solicit acceptances thereof (the "Exclusive Solicitation Period," together with the Exclusive Filing Period, the "Exclusive Periods") is hereby extended through and including May 26, 2017, or approximately sixty (60) days after the expiration of the Exclusive Filing Period, as extended.

3. The relief granted in this Order is without prejudice to the Debtor's right to seek and request further extensions of the Exclusive Periods.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: Jan 9, 2017
Wilmington, Delaware

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE