**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :     Chapter 11
                                                                 :
OUTER HARBOR TERMINAL, LLC,[1]                                   :     Case No. 16-10283 (LSS)
                                                                 :
                       Debtor.                                                     :
---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 12, 2017 AT 9:30 A.M. (ET)[2]**

**I.     CONTINUED/RESOLVED MATTERS**:

1.  Debtor's Objection to Proofs of Claim Filed by Terex Financial Services, Inc. (Claim Nos. 57 and 62) [Docket No. 427 - filed November 4, 2016]

    <u>Objection/Response Deadline</u>:     November 18, 2016 at 4:00 p.m. (ET), extended to February 7, 2017 at 4:00 p.m. (ET) for Terex Financial Services, Inc.

    <u>Objections/Responses Received</u>:   None.

    <u>Related Documents</u>:                None.

    <u>Status</u>: This matter has been resolved, and the parties are finalizing the terms of the settlement. The hearing on this matter is continued to the hearing scheduled on February 15, 2017 at 10:00 a.m. (ET).

2.  Debtor's Objection to Proofs of Claim Filed by the Alameda County Tax Collector (Claim Nos. 72, 73, 74, 75 and 76) [Docket No. 439 - filed November 14, 2016]

    <u>Objection/Response Deadline</u>:     November 28, 2016 at 4:00 p.m. (ET)

---

[1] The last four digits of the Debtor's federal tax identification number are 2070. The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 12, 2017 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Wednesday, January 11, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. All pleadings referenced herein are available online at primeclerk.com.

      Objections/Responses Received:

      A.    Creditor Alameda County Tax Collector's Response to Debtor's Objection to Proofs of Claim [Docket No. 458 - filed November 28, 2016]

      B.    Reply in Further Support of Debtor's Objection to Proof of Claim Nos. 72, 73, 74, 75 and 76 [Docket No. 482 - filed December 16, 2016]

      Related Documents:    None.

      Status: The hearing on this matter is continued to the hearing scheduled on February 15, 2017 at 10:00 a.m. (ET).

3.    Debtor's Motion for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 492 - filed December 22, 2016]

      Objection/Response Deadline:    January 5, 2017 at 4:00 p.m. (ET)

      Objections/Responses Received:    None.

      Related Documents:

      i.    Certification of No Objection Regarding Debtor's Motion for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 499 - January 6, 2017]

      ii.    Order Regarding Debtor's Motion for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 502- entered January 9, 2017]

      Status: On January 9, 2017 the Court entered an Order resolving this matter. Accordingly, a hearing on this matter is no longer required.

## II.    CONTESTED MATTERS GOING FORWARD:

4.    Debtor's Objection to Proof of Claim Filed by Kawasaki Kisen Kaisha, Ltd. (Claim No. 22) [Docket No. 429 - filed November 4, 2016]

      Objection/Response Deadline:    November 18, 2016 at 4:00 p.m. (ET) extended to December 2, 2016 at 4:00 p.m. (ET) for Kawasaki Kisen Kaisha, Ltd.

<u>Objections/Responses Received</u>:

A. Kawasaki Kisen Kaisha, Ltd.'s Response to Debtor's Objection to Proof of Claim [Docket No. 471 - filed December 2, 2016]

B. Reply in Further Support of Debtor's Objection to Proof of Claim Filed by Kawasaki Kisen Kaisha, Ltd. (Claim No. 22) [Docket No. 503 - filed January 9, 2017]

<u>Related Documents</u>:

i. Declaration of John P. Meade, General Counsel, "K" Line America, Inc. in Support of Kawasaki Kisen Kaisha, Ltd.'s Reply to Debtor's Objection to Proof of Claim [Docket No. 472 - filed December 2, 2016]

<u>Status</u>: The hearing on this matter will go forward.

Dated: January 10, 2017
       Wilmington, Delaware       Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Marisa A. Terranova Fissel
Mark D. Collins (No. 2981)
Marisa A. Terranova Fissel (No. 5396)
Andrew M. Dean (No. 6147)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       terranova@rlf.com
       dean@rlf.com

-and-

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:   (424) 386-4000
Facsimile:   (213) 629-5063
Email:   gbray@milbank.com
       tkreller@milbank.com
       hmaghakian@milbank.com

-and-

Dennis F. Dunne
Samuel A. Khalil
28 Liberty Street
New York, NY 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219
Email:   ddunne@milbank.com
       skhalil@milbank.com

*Counsel to Debtor and Debtor in Possession*