IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
OUTER HARBOR TERMINAL, LLC,[1] : Case No. 16-10283 (LSS)
: 
Debtor. :
---------------------------------------------------------------- x

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 10, 2017 AT 10:00 A.M. (EST)

---

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.**

---

### I.  ADJOURNED MATTER:

1. Debtor's Motion for Entry of Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 537 -filed February 14, 2017]

   Objection/Response Deadline:   February 28, 2017 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Kawaski Kisen Kaisha, Ltd.'s Limited Objection to Debtor's Motion for Entry of Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the

---

[1] The last four digits of the Debtor's federal tax identification number are 2070.  The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

[2] **Amended items appear in bold.**

RLF1 17142376v.1

      Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 554 - filed February 28, 2017]

  B.    Objection of the Official Committee of Unsecured Creditors to Debtor's Motion for Entry of Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 557 - filed February 28, 2017]

  Related Documents:

  i.    Notice of Hearing [Docket No. 558 - filed March 1, 2017]

  ii.    Notice of Adjournment of Hearing [Docket No. 565 - filed March 7, 2017]

  Status:  The hearing on this matter has been adjourned to March 29, 2017 at 3:00 p.m. (prevailing Eastern Time).

## II.   **MATTERS GOING FORWARD:**

2.    Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of Brinkman Portillo Ronk, APC as Counsel to the Creditors' Committee *Nunc Pro Tunc* to January 30, 2017 [Docket No. 530 - filed February 10, 2017]

  Objection/Response Deadline:    February 28, 2017 at 4:00 p.m. (ET)

  Objections/Responses Received:

  A.    Informal comments from the Office of the United States Trustee for the District of Delaware

  Related Documents:

  i.    Notice of Motion and Hearing [Docket No. 538 - filed February 14, 2017]

  ii.    Supplemental Declaration of Darren R. Brinkman Regarding Employment of Brinkman Portillo Ronk, APC [Docket No. 568 - filed March 8, 2017

  iii.    Supplemental Declaration of Jim Strickland Regarding Employment of Brinkman Portillo Ronk APC [Docket No 569 - filed March 8, 2017]

    iv.    **Supplemental Declaration of Jim Strickland Regarding Employment of Brinkman Portillo Ronk, APC [Docket No. 573 - filed March 8, 2017]**

    v.    **Certification of Counsel Regarding (I) Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of Brinkman Portillo Ronk, APC as Counsel to the Creditor's Committee *Nunc Pro Tunc* to January 30, 2017 and (II) Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of the Rosner Law Group LLC as Delaware Counsel to Creditors' Committee *Nunc Pro Tunc* to January 30, 2017 [Docket No. 574 - filed March 8, 2017]**

    vi.    **Order Authorizing the Employment and Retention of Brinkman Portillo Ronk, APC as Counsel to the Committee *Nunc Pro Tunc* to January 30, 2017 [Docket No. 575 - entered March 9, 2017]**

    <u>**Status**</u>: **On March 9, 2017, the Court entered an order resolving this matter. Accordingly, a hearing on this matter is no longer required**

3.    Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of the Rosner Law Group LLC as Delaware Counsel to Creditors' Committee *Nunc Pro Tunc* to January 30, 2017 [Docket No. 531 - filed February 10, 2017]

    <u>Objection/Response Deadline</u>:    February 28, 2017 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>:

    A.    Informal comments from the Office of the United States Trustee for the District of Delaware

    <u>Related Documents</u>:

    i.    Notice of Motion and Hearing [Docket No. 538 - filed February 14, 2017]

    ii.    Supplemental Declaration of Frederick B. Rosner in Support of the Application of The Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditors' Committee *Nunc Pro Tunc* to January 30, 2017 [Docket No. 570 - filed March 8, 2017]

    iii.    **Certification of Counsel Regarding (I) Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of Brinkman Portillo Ronk, APC as Counsel to the Creditor's Committee *Nunc Pro Tunc* to January 30, 2017 and (II)**

        **Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of the Rosner Law Group LLC as Delaware Counsel to Creditors' Committee *Nunc Pro Tunc* to January 30, 2017 [Docket No. 574 - filed March 8, 2017]**

iv.    **Order Authorizing the Retention and Employment of the Rosner Law Group LLC as Delaware Counsel to the Committee *Nunc Pro Tunc* to the January 30, 2017 - entered March 9, 2017]**

<u>**Status**</u>**: On March 9, 2017, the Court entered an order resolving this matter. Accordingly, a hearing on this matter is no longer required.**

Dated: March 9, 2017
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**
/s/ Marisa A. Terranova Fissel
Mark D. Collins (No. 2981)
Marisa A. Terranova Fissel (No. 5396)
Andrew M. Dean (No. 6147)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    terranova@rlf.com
    dean@rlf.com

-and-

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:    (424) 386-4000
Facsimile:    (213) 629-5063
Email:    gbray@milbank.com
    tkreller@milbank.com
    hmaghakian@milbank.com

-and-

Dennis F. Dunne
Samuel A. Khalil
28 Liberty Street
New York, NY 10005
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:    ddunne@milbank.com
    skhalil@milbank.com

*Counsel to Debtor and Debtor in Possession*