**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| OUTER HARBOR TERMINAL, LLC,[1] | : | Case No. 16-10283 (LSS) |
| Debtor. | : | |

**NOTICE OF SECOND *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 29, 2017 AT 3:00 P.M. (EDT)[3]**

## I. MATTER GOING FORWARD:

1. Debtor's Motion for Entry of Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 537 -filed February 14, 2017]

   Objection/Response Deadline: February 28, 2017 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Kawaski Kisen Kaisha, Ltd.'s Limited Objection to Debtor's Motion for Entry of Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the

[1] The last four digits of the Debtor's federal tax identification number are 2070. The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, **5th Floor, Courtroom 5**, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the March 29, 2017 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, March 28, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.* All pleadings referenced herein are available online at primeclerk.com.

Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 554 - filed February 28, 2017]

B. Objection of the Official Committee of Unsecured Creditors to Debtor's Motion for Entry of Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 557 - filed February 28, 2017]

C. Debtor's Reply in Further Support of Debtor's Motion for Entry of Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement and Disclosure Statement, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 600 - filed March 24, 2017]

Related Documents:

i. Debtor's Combined Chapter 11 Plan of Liquidation and Disclosure Statement [Docket No. 532 - filed February 13, 2017]

ii. Notice of Hearing [Docket No. 558 - filed March 1, 2017]

iii. Notice of Adjournment of Hearing [Docket No. 565 - filed March 7, 2017]

iv. Debtor's First Amended Combined Chapter 11 Plan of Liquidation and Disclosure Statement [Docket No. 597 filed March 24, 2017]

v. Notice of Filing of Blackline of Debtor's First Amended Combined Chapter 11 Plan of Liquidation and Disclosure Statement [Docket No. 598 - filed March 24, 2017]

Status: The Debtor has adjourned its request for entry of an order approving this matter to the hearing scheduled for April 18, 2017 at 10:00 a.m. (ET). The Debtor will provide a status update to the Court regarding this matter and other related matters.

2. **Motion of the Official Committee of Unsecured Creditors to Shorten Notice for the Motion for an Order Directing Debtor and its Insiders to Produce Documents, Appear at Depositions, and Respond to Other Discovery [Docket No. 607 - filed March 27, 2017]**

**Objection/Response Deadline: At the time of the hearing.**

**Related Documents:**

i. **Motion of the Official Committee of Unsecured Creditors for an Order Directing Debtor and its Insiders to Produce Documents, Appear at Depositions, and Respond to Other Discovery [Docket No. 606 - filed March 27, 2017]**

**Status: The hearing on this matter will go forward.**

Dated: March 28, 2017
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Andrew M. Dean*
Mark D. Collins (No. 2981)
Marisa A. Terranova Fissel (No. 5396)
Andrew M. Dean (No. 6147)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
terranova@rlf.com
dean@rlf.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063
Email: gbray@milbank.com
tkreller@milbank.com
hmaghakian@milbank.com

-and-

Dennis F. Dunne
Samuel A. Khalil
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
skhalil@milbank.com

*Counsel to Debtor and Debtor in Possession*