IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
In re:                                                         :   Chapter 11
:
OUTER HARBOR TERMINAL, LLC,[1]                                 :   Case No. 16-10283 (LSS)
:
                                   Debtor.                     :
---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 12, 2017 AT 2:00 P.M. (ET)[2]**

**I.    MATTERS GOING FORWARD**:

1.  Motion of the United States Trustee to Convert or Dismiss the Debtor's Chapter 11 Case [Docket No. 781 - filed July 14, 2017]

    Objection Deadline:    September 6, 2017 at 4:00 p.m. (ET), extended for the Debtor until September 8, 2017 at 12:00 p.m. (ET)

    Objection/Responses Received:

    A.   Debtor's Statement in Response to United States Trustee's Motion to Convert or Dismiss [Docket No. 850 - filed September 8, 2017]

    Related Documents:  None.

    i.   Supplement to Motion of the United States Trustee to Convert or Dismiss the Chapter 11 Case [Docket No. 848 - filed September 7, 2017]

    Status: The hearing on this matter will go forward.

---

[1]  The last four digits of the Debtor's federal tax identification number are 2070.  The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

[2]  The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the September 12, 2017 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Monday, September 11, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.  All pleadings referenced herein are available online at primeclerk.com.

2. Certification of Counsel Submitting Proposed Order re: Stipulation By and Among the Debtor and Kawasaki Kisen Kaisha, Ltd. Resolving Proof of Claim Number 22 [Docket No. 849 - filed September 8, 2017]

Related Documents:  None.

Status:  A status conference regarding this matter will go forward with the permission of the Court.

Dated:  September 8, 2017
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Marisa A. Terranova Fissel
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Marisa A. Terranova Fissel (No. 5396)
Katherine M. Devanney (No. 6356)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
silberglied@rlf.com
terranova@rlf.com
devanney@rlf.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:  (424) 386-4000
Facsimile:  (213) 629-5063
Email:  gbray@milbank.com
tkreller@milbank.com
hmaghakian@milbank.com

-and-

Dennis F. Dunne
Samuel A. Khalil
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
skhalil@milbank.com

*Counsel to Debtor and Debtor in Possession*