# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
OUTER HARBOR TERMINAL, LLC,[1] : Case No. 16-10283 (LSS)
: 
Debtor. :
---------------------------------------------------------- x

## NOTICE OF RESCHEDULED HEARING DATE AND TIME

PLEASE TAKE NOTICE that the hearing previously scheduled in the above-captioned chapter 11 case for Tuesday, September 12, 2017 at 2:00 p.m. (Eastern Time) before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 (the "**Bankruptcy Court**") has been rescheduled by the Bankruptcy Court, and will now commence at **2:00 p.m. (Eastern Time) on Monday, September 18, 2017**.

---

1   The last four digits of the Debtor's federal tax identification number are 2070. The Debtor's principal place of business is located at 1599 Maritime Street, Oakland, CA 94607.

RLF1 18103149v.1

Dated:  September 11, 2017  
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Marisa A. Terranova*
Mark D. Collins (No. 2981)  
Russell C. Silberglied (No. 3462)  
Marisa A. Terranova Fissel (No. 5396)  
Katherine M. Devanney (No. 6356)  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701  
Email: collins@rlf.com  
silberglied@rlf.com  
terranova@rlf.com  
devanney@rlf.com

-and-

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)  
Thomas R. Kreller (admitted *pro hac vice*)  
Haig M. Maghakian (admitted *pro hac vice*)  
2029 Century Park East, 33rd Floor  
Los Angeles, CA 90067  
Telephone: (424) 386-4000  
Facsimile: (213) 629-5063  
Email: gbray@milbank.com  
tkreller@milbank.com  
hmaghakian@milbank.com

-and-

Dennis F. Dunne  
Samuel A. Khalil  
28 Liberty Street  
New York, NY 10005  
Telephone: (212) 530-5000  
Facsimile: (212) 530-5219  
Email: ddunne@milbank.com  
skhalil@milbank.com

*Counsel to Debtor and Debtor in Possession*