# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Outer Harbor Terminal, LLC, | ) | Bankruptcy Case No. 16-10283 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| HHH Oakland, Inc., *et al.*, | ) | Case No. 17-cv-580-MN (all filings to be made herein) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | CONSOLIDATED APPEALS |
| | ) | |
| Don A. Beskrone, solely as Chapter 7 Trustee of Outer Harbor Terminal, LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| Don A. Beskrone, solely as Chapter 7 Trustee of Outer Harbor Terminal, LLC, | ) | Case No. 17-cv-768-MN |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HHH Oakland, Inc., *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, HHH Oakland, Inc. ("HHH") and its affiliates (collectively with HHH, "PAG"),[1] and Don A. Beskrone, solely as Chapter 7 Trustee (the "Trustee") of Outer Harbor Terminal, LLC

---

[1] HHH and its affiliates are referred to herein collectively as "PAG" for convenience purposes only, and reserve all rights regarding and maintaining each entity's separateness. PAG includes HHH, Watermark Terminal Solutions, LLC, successor-in-interest to Deep Water Port Services, Embarcadero Systems Corporation, HHH Ports Holdings, LP, Marine Terminals Corporation, Marine Terminals Corporation Holdings, Port Newark Container Terminal L.L.C., Ports America, Inc., Ports America Chesapeake LLC, Ports America Group Inc., Ports America Management Inc., Ports America Shared Services, Inc., Ports Insurance Company, Inc., Smart-Tecs, LLC, Tricor Services, LLC, and Ports America Terminal Holdings II, Inc.

("OHT" or the "Debtor"), hereby file this Stipulation of Dismissal in and for each of the above-captioned appeals from the bankruptcy case captioned *In re Outer Harbor Terminal, LLC*, 16-10283 (LSS).  Accordingly, the parties request that these consolidated appeals be dismissed and closed, with all parties to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated:  December 14, 2018 | **ASHBY & GEDDES, P.A.** |
| | |
| | */s/ Ricardo Palacio* |
| | Ricardo Palacio (DE No. 3765) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, Delaware 19899 |
| | Telephone:  (302) 654.1888 |
| | Facsimile:  (302) 654.2067 |
| | Email: rpalacio@ashbygeddes.com |
| | |
| | *Counsel to Don A. Beskrone, Chapter 7 Trustee* |
| | |
| | **DLA PIPER LLP (US)** |
| | |
| | */s/ Stuart M. Brown* |
| | Stuart M. Brown (DE 4050) |
| | 1201 North Market Street, Suite 2100 |
| | Wilmington, Delaware  19801 |
| | Telephone:  (302) 468.5700 |
| | Facsimile:  (302) 394.2341 |
| | Email:  stuart.brown@dlapiper.com |
| | |
| | -and- |
| | |
| | **DLA PIPER LLP (US)** |
| | Rachael Ehrlich Albanese |
| | 1251 Avenue of the Americas, 27th Floor |
| | New York, New York  10020 |
| | Telephone:  (212) 335.4500 |
| | Facsimile:  (212) 335.4501 |
| | Email:  rachel.albanese@dlapiper.com |
| | |
| | *Attorneys for Appellants* |