**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OUTER HARBOR TERMINAL, LLC, | ) | Case No. 16-10283 (LSS) |
| | ) | |
| Debtor. | ) | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 10, 2019 AT 9:30 A.M. (EASTERN TIME)**

**Please take notice that the hearing will take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, before The Honorable Laurie Selber Silverstein[1]**

**RESOLVED MATTERS**

1. Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1 Authorizing the Retention and Employment of Bielli & Klauder, LLC as Special Conflicts Counsel to Don A. Beskrone, Chapter 7 Trustee, Nunc Pro Tunc to October 11, 2018 [Docket No. 968; filed 10/16/18]

   Response Deadline: October 31, 2018 at 4:00 p.m.

   Related Document(s):

   A. Certificate of No Objection Regarding Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1 Authorizing the Retention and Employment of Bielli & Klauder, LLC as Special Conflicts Counsel to Don A. Beskrone, Chapter 7 Trustee, Nunc Pro Tunc to October 11, 2018 [Docket No. 986; filed 10/31/18]

   B. Order Pursuant to 11 U.S.C. Sections 327, 328 and 330, Fed. R. Bankr.P. 2014 and 2016, and Local Rule 2014-1 Authorizing the Retention and Employment of Bielli & Klauder, LLC as Special Conflicts Counsel to Don. A. Beskrone, Chapter 7 Trustee, Nunc Pro Tunc to October 11, 2018 [Docket No. 987; filed 11/2/18]

   Status: An Order was entered on November 2, 2018. Accordingly, no hearing is necessary.

---

[1] Any party that wishes to make a telephonic appearance at the hearing should make arrangements through CourtCall, LLC at (866) 582-6878 by Noon on January 9, 2019.

{01403299;v1 }

2.    Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 993 (16-10283), Adv. Docket No. 4 (Adv. No. 18-50897), Adv. Docket No. 4 (Adv. No. 18-50900), Adv. Docket No. 4 (Adv. No. 50901), and Adv. Docket No. 4 (Adv. No. 18-50902); filed 11/9/18]

     <u>Response Deadline</u>: November 26, 2018 at 4:00 p.m.

     <u>Related Document(s)</u>:

     A.   Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 995 (16-10283), Adv. Docket No. 5 (Adv. No. 18-50897), Adv. Docket No. 5 (Adv. No. 18-50900), Adv. Docket No. 5 (Adv. No. 50901), and Adv. Docket No. 5 (Adv. No. 18-50902); filed 11/28/18]

     B.   Order Approving Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 Docket No. 996 (16-10283), Adv. Docket No. 6 (Adv. No. 18-50897), Adv. Docket No. 6 (Adv. No. 18-50900), Adv. Docket No. 6 (Adv. No. 50901), and Adv. Docket No. 6 (Adv. No. 18-50902); filed 11/29/18]

     <u>Status</u>: An Order was entered on November 29, 2018. Accordingly, no hearing is necessary.

3.    Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal rule of Bankruptcy Procedure 9019 [Docket No. 997 (16-10283), Adv. Docket No. 5 (Adv. No. 18-50911) and Adv. Docket No. 5 (Adv. No. 18-50909); filed 12/11/18]

     <u>Response Deadline</u>: December 26, 2018 at 4:00 p.m.

     <u>Related Document(s)</u>:

     A.   Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal rule of Bankruptcy Procedure 9019 [Adv. Docket No. 6 (Adv. No. 18-50911) and Adv. Docket No. 6 (Adv. No. 18-50909); filed 12/31/18]

     B.   Order Approving Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Adv. Docket No. 7 (Adv. No. 18-50911) and Adv. Docket No. 7 (Adv. No. 18-50909); filed 1/3/19]

Status: An Order was entered on January 3, 2019. Accordingly, no hearing is necessary.

## MATTERS WITH CERTIFICATE OF NO OBJECTION AND CERTIFICATION OF COUNSEL

4. Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 1001; filed 12/14/18]

   Response Deadline: December 28, 2018 at 4:00 p.m.

   Related Document(s):

   A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 1006; filed 1/2/18]

   B. Proposed Form of Order

   Status: A Certificate of No Objection was filed on January 2, 2019. Accordingly, a hearing is necessary only to the extent the Court has any questions or concerns.

5. Pretrial/Scheduling Conferences (See attached Schedule 1)

   Related Document(s):

   A. Certification of Counsel Regarding Proposed Scheduling Order [Adv. Docket No. 5 (18-50889), Adv. Docket No. 7 (18-50892), Adv. Docket No. 7 (18-50893), Adv. Docket No. 7 (18-50906), Adv. Docket No. 7 (18-50907), Adv. Docket No. 8 (18-50912), Adv. Docket No. 8 (18-50914), Adv. Docket No. 7 (18-50916), and Adv. Docket No. 5 (18-50921); filed 1/7/19]

   B. Proposed Scheduling Order

Status: A Certification of Counsel was filed on January 7, 2019. Accordingly, a hearing is necessary only to the extent the Court has any questions or concerns.

*-Signature Page to Follow-*

Dated: January 8, 2018         **ASHBY & GEDDES, P.A.**

 /s/ Benjamin W. Keenan
Ricardo Palacio (I.D. #3765)
Benjamin W. Keenan (I.D. #4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: rpalacio@ashbygeddes.com
Email: bkeenan@ashbygeddes.com

*Counsel to Don A. Beskrone, as Chapter 7 Trustee*

# **SCHEDULE 1**

| | |
|---|---|
| Acuna Maintenance & Construction, Inc. | Adv. Proc. No.: 18-50889 |
| Genuine Parts Co. d/b/a Napa Auto Parts | Adv. Proc. No. 18-50892 |
| New Engineering Inc. | Adv. Proc. No. 18-50893 |
| W.W. Grainger, Inc. | Adv. Proc. No. 18-50906 |
| Inland Industrial Tire North, Inc. | Adv. Proc. No. 18-50907 |
| Pape' Material Handling, Inc. | Adv. Proc. No. 18-50912 |
| Principal Life Insurance Company | Adv. Proc. No. 18-50914 |
| Southern Counties Oil Co. d/b/a SC Fuels | Adv. Proc. No. 18-50916 |
| West Coast Wire Rope & Rigging, Inc. | Adv. Proc. No. 18-50921 |