**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OUTER HARBOR TERMINAL, LLC, | ) | Case No. 16-10283 (LSS) |
| | ) | |
| Debtor. | ) | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON MAY 9, 2019 AT 10:00 A.M. (EASTERN TIME)**

**Please take notice that the hearing will take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, before The Honorable Laurie Selber Silverstein[1]**

**RESOLVED MATTERS**

1. Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal rule of Bankruptcy Procedure 9019 [Docket No. 1026 (16-10283), Adv. Docket No. 15 (18-50907) and Adv. Docket No. 12 (18-50964); filed 4/4/19]

    Response Deadline: April 18, 2019 at 4:00 p.m.

    Related Document(s):

    A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal rule of Bankruptcy Procedure 9019 [Docket No. 1029 (16-10283), Adv. Docket No. 16 (18-50907) and Adv. Docket No. 13 (18-50964); filed 4/25/19]

    B. Order Approving Motion to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 1030 (16-10283), Adv. Docket No. 17 (18-50907) and Adv. Docket No. 14 (18-50964); filed 4/29/19]

    Status: On April 29, 2019, an Order was entered regarding this matter. Accordingly, no hearing is necessary.

2. Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal rule of

---

[1] Any party that wishes to make a telephonic appearance at the hearing should make arrangements through CourtCall, LLC at (866) 582-6878 by Noon on March 20, 2019.

Bankruptcy Procedure 9019 [Docket No. 1027 (16-10283) and Adv. Docket No. 10 (18-50907); filed 4/11/19]

Response Deadline: April 25, 2019 at 4:00 p.m.

Related Document(s):

A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal rule of Bankruptcy Procedure 9019 [Docket No. 1032 (16-10283) and Adv. Docket No. 11 (18-50907); filed 5/1/19]

B. Order Approving Motion to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 1033 (16-10283) and Adv. Docket No. 12 (18-50907; filed 5/3/19 and 5/6/19, respectively]

Status: On May 3, 2019 and May 6, 2019, Orders were entered regarding this matter. Accordingly, no hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

3. Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 1030 (16-10283) and Adv. Docket No. 14 (18-50967); filed 4/25/19]

   Response Deadline: May 2, 2019 at 4:00 p.m.

   Related Document(s):

   A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Preference and/or Fraudulent Transfer Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 1034 (16-10283) and Adv. Docket No. 15 (18-50967); filed 5/3/19]

   B. Proposed Order

   Status: On May 3, 2019, a Certificate of No Objection was filed regarding this matter. Accordingly, a hearing is necessary only to the extent the Court has questions or concerns.

*-Signature Page to Follow-*

| | |
|---|---|
| Dated: May 7, 2019 | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Benjamin W. Keenan*<br>Ricardo Palacio (I.D. #3765)<br>Benjamin W. Keenan (I.D. #4724)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email: bkeenan@ashbygeddes.com<br><br>*Counsel to Don A. Beskrone, as Chapter 7 Trustee*<br><br>-and-<br><br>**BIELLI & KLAUDER, LLC**<br>David M. Klauder (I.D. #5769)<br>1204 N. King Street<br>Wilmington, DE  19801<br>Telephone: (302) 803-4600<br>Email: dklauder@bk-legal.com<br><br>*Special Conflicts Counsel to Don A. Beskrone, as Chapter 7 Trustee* |